450 A.2d 190

Lisbon Contrs. v. Plains Twnshp. Sewer Auth., Appellant.

Argued December 3, 1979. Joseph S. Falchek, for appellant; David Saba, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order in the above captioned case is affirmed.

SPAETH, J., concurred in the result.